IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   05-cv-00993-LTB-CBS

SOOTHSOFT INNOVATIONS WORLDWIDE, INC. f/k/a MAVERICK MARKETING VENTURES, INC.; ERIC D. STANLEY; and KIRK A. STANLEY,
      Plaintiffs,

v.

K&H MANUFACTURING, INC.;
PETSMART, INC.;
DRS. FOSTER & SMITH, INC.;
PET STREET MALL d/b/a THEPAMPEREDPETMART.COM;
EBAY, INC.;
FAITHFUL PET PRODUCTS;
MANITOU MARKETING, INC. d/b/a TOTALPETCOMFORT.COM;
JEFFERS PET d/b/a JEFFERSPET.COM;
DRESSLER'S DOG SUPPLIES d/b/a DRESSLERSDOG.COM;
J-B WHOLESALE PET SUPPLIES, INC. d/b/a JBPET.COM;
LAMBRIAR ANIMAL HEALTH CARE, INC. d/b/a LAMBRIARVET.COM;
PICKLED HERRING, INC. d/b/a PETRONIC.COM;
A S WEBSALES CORPORATION d/b/a BUYPETBEDS.COM; and
CARE-A-LOT PET SUPPLY d/b/a CAREALOTPETS.COM,
      Defendants.

_____

ORDER

_____


Upon Plaintiffs' Motion to Join a Defendant and Dismiss as to a Defendant (Doc 24,

filed August 3, 2005), it is

ORDERED that this matter is dismissed as to Defendant Ebay, Inc., pursuant to

Fed.R.Civ.P. 41(a)(1); and That Fish Place-That Pet Place, d/b/a www.thatpetplace.com

is joined as a Defendant pursuant to Fed.R.Civ.P. 19(a).

BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 10, 2005