IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   05-cv-00993-LTB-CBS

SOOTHSOFT INNOVATIONS WORLDWIDE, INC. f/k/a MAVERICK MARKETING VENTURES, INC.;
ERIC D. STANLEY; and
KIRK A. STANLEY,

   Plaintiffs,

v.

K&H MANUFACTURING, INC.;
PETSMART, INC.;
DRS. FOSTER & SMITH, INC.;
PET STREET MALL, d/b/a petstreetmall.com;
PETSSUPPLIES4LESS.com;
THE PAMPERED PET MART d/b/a ThePamperedPetMart.com;
EBAY, INC.;
FAITHFUL PET PRODUCTS;
MANITOU MARKETING, INC., d/b/a TotalPetComfort.com;
JEFFERS PET d/b/a jefferspet.comp;
DRESSLER'S DOG SUPPLIES, INC., d/b/a dresslersdog.com;
J-B WHOLESALE PET SUPPLIES, INC., d/b/a jbpet.com;
LAMBRIAR ANIMAL HEALTH CARE d/b/a lambriarvet.com;
PICKLED HERRING, INC., d/b/a petronic.com;
A S WEBSALES CORPORATION d/b/a buypetbeds.com; and
CARE-A-LOT PET SUPPLY d/b/a carealotpets.com,

   Defendants.
_____

ORDER
_____

   Upon Plaintiffs' Unopposed Motion to Dismiss Certain Defendants, to Join Defendants, to Amend Complaint, and to Amend Caption (Doc 44 - filed July 31, 2006) , the Court being fully advised and finding good cause therefor, the Court hereby

ORDERS the following:

1. All defendants other than K&H Manufacturing, Inc. are dismissed from this action without prejudice;

2. Jim Koskey and Wes Howard are added as defendants;

3. The tendered Amended Complaint is accepted for filing this date and the caption of this case is amended as set forth therein.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 1, 2006