**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-00993-LTB-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: January 10, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

SOOTHSOFT INNOVATIONS WORLDWIDE, INC.,        Paul F. Lewis, via telephone
f/k/a Maverick Marketing Ventures, Inc., *et al*.,

    **Plaintiffs,**

    v.

K&H MANUFACTURING, INC., *et al.*,                          Robert R. Brunelli, via telephone

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:        9:18 a.m.**
Court calls case.  Appearances of counsel.

**SETTLEMENT CONFERENCE**  is set for **April 30, 2007 at 2:00 p.m. and May 1, 2007 from 10:00 a.m. to 12:00 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated  Confidential Settlement Statement  to Magistrate Judge Shaffer **on or before April 25, 2007** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief Updated Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format  to **Shaffer_Chambers@cod.uscourts.gov**  All additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies.  Counsel shall indicate in their e-mail  if they are  submitting additional information for the Court to read.  Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS."

**ORDERED:   The Stipulated Motion to Amend Scheduling Order [filed January 4, 2007; doc.**
                **63] is granted for the reasons stated on the record.  The deadline to amend the**
                **pleadings is reset to March 5, 2007.**

HEARING CONCLUDED.

**Court in Recess:        9:25 a.m.**                Total In-Court Time:    00:07