IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00993-LTB-CBS

SOOTHSOFT INNOVATIONS WORLDWIDE, INC.
f/k/a MAVERICK MARKETING VENTURES, INC.,
ERIC D. STANLEY, and
KIRK A STANLEY,

    Plaintiffs,

v.

K&H MANUFACTURING, INC.,
JIM KOSKEY, and
WES HOWARD,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Amend Scheduling Order (*doc. no. 69)* is **GRANTED**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    March 16, 2007