IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   05-cv-00993-LTB-CBS

SOOTHSOFT INNOVATIONS WORLDWIDE, INC. f/k/a MAVERICK MARKETING VENTURES, INC.;
ERIC D. STANLEY; and
KIRK A. STANLEY,

        Plaintiffs,

v.

K&H MANUFACTURING, INC.;
JIM KOSKEY, and
WES HOWARD,

        Defendants.

_____

**FINDINGS, JUDGMENT, AND ORDER OF DISMISSAL**
_____

All parties have stipulated and moved this Court for entry of judgment in accordance with the terms of their stipulation. The stipulation was reached in connection with a settlement of this case.

The Court, being fully advised in the premises, now FINDS AND ADJUDGES as follows:

    1.    Each and every claim of U.S. Patent No. 5,991,948 (the "948 patent") is valid.

    2.    Each and every claim of the '948 patent is enforceable.

The Court further ORDERS that all remaining claims of this case are hereby DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys fees.

DATED this   24th   day of   July  , 2007.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge
United States District Court
For the District of Colorado